IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-CV-00258-DDD-NYW

CHRISTINE LEMLEY,

    Plaintiff,

v.

HEARTLAND EXPRESS INC OF IOWA, an Iowa corporation, HEARTLAND EXPRESS MAINTENANCE SERVICES, INC., a Nevada corporation, HEARTLAND EXPRESS SERVICES INC, a Nevada corporation, and JOSEPH CARSNER, and THE TRAVELERS HOME AND MARINE INSURANCE COMPANY,

    Defendants.

---

## NOTICE OF SETTLEMENT

---

The Parties, Plaintiff Christine Lemley, and Defendants, Heartland Express Inc of Iowa, Heartland Express Maintenance Services, Inc., Heartland Express Services, Inc., and Joseph Carsner and The Travelers Home and Marine Insurance Company (collectively "Defendants"), by and through undersigned counsel, hereby submit their Notice of Settlement pursuant to D.C.COLO.LCivR 40.2(b), as follows:

1. Plaintiff and Defendants have reached a settlement in this matter.

2. Settlement documents, including a Stipulation for Dismissal with Prejudice are being prepared and circulated among the parties for review and signature.

3. It is anticipated that the Stipulation for Dismissal with Prejudice will be fully executed and filed with the Court on or before May 1, 2020.

Respectfully submitted this 2nd day of April, 2020

        HALL & EVANS, LLC

        *s/ J. Ryan Johnson*
        J. Ryan Johnson
        Paul T. Yarbrough
        Leviy P. Johnson
        1001 17th Street, Suite 300
        Denver, CO  80202
        Phone:  (303) 628-3300
        Fax:  (303) 628-3368
        johnsonr@hallevans.com
        yarbroughp@hallevans.com
        johnsonl@hallevans.com
        *Counsel for Defendants*

        THE DAN CAPLIS LAW FIRM, LLC

        *s/ Ethan A. McQuinn*
        Daniel J. Caplis
        Babar Waheed
        Ethan A. McQuinn
        Travis S. Young
        Plaza Tower One Penthouse
        6400 S. Fiddlers Green Circle,
        Suite 2200
        Greenwood Village, CO 80111
        Telephone: 303-770-5551
        Fax: 303-770-5552
        dan@caplislaw.com
        bw@caplislaw.com
        ethan@caplislaw.com
        travis@caplislaw.com
        *Counsel for Plaintiff*

RAY LEGO & ASSOCIATES

*s/ Michael C. Wathen*
Michael C. Wathen
10825 East Geddes Avenue, Suite 100
Centennial, CO 80012
mwathen@travelers.com
Counsel for The Travelers Home and Marine
Insurance Company

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on the 2nd day of April, 2020 a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was filed with the Court and served on the below-listed parties via CM/ECF:

Daniel J. Caplis
Babar Waheed
Ethan A. McQuinn
Travis S. Young
The Dan Caplis Law Firm, LLC
Plaza Tower One Penthouse
6400 S. Fiddlers Green Circle,
Suite 2200
Greenwood Village, CO 80111
Telephone: 303-770-5551
Fax: 303-770-5552
dan@caplislaw.com
bw@caplislaw.com
ethan@caplislaw.com
travis@caplislaw.com
*Counsel for Plaintiff*

Michael C. Wathen
Ray Lego & Associates
10825 East Geddes Avenue, Suite 100
Centennial, CO 80012
mwathen@travelers.com
*Counsel for The Travelers Home and Marine Insurance Company*

                *s/Renee Godfrey, Legal Secretary to*
                Paul T. Yarbrough
                J. Ryan Johnson
                Leviy P. Johnson
                1001 17th Street, Suite 300
                Denver, CO  80202
                Phone:  (303) 628-3300
                Fax:  (303) 628-3368
                yarbroughp@hallevans.com
                johnsonr@hallevans.com
                johnsonl@hallevans.com
                *Counsel for Defendants*