IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-CV-00258-DDD-NYW

CHRISTINE LEMLEY,

      Plaintiff,

v.

HEARTLAND EXPRESS INC OF IOWA, an Iowa corporation, HEARTLAND EXPRESS
MAINTENANCE SERVICES, INC., a Nevada corporation, HEARTLAND EXPRESS
SERVICES INC, a Nevada corporation, and JOSEPH CARSNER, and THE TRAVELERS
HOME AND MARINE INSURANCE COMPANY,

      Defendants.

---

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

---

The Parties, Plaintiff Christine Lemley, and Defendants, Heartland Express Inc of Iowa,

Heartland Express Maintenance Services, Inc., Heartland Express Services, Inc., and Joseph

Carsner and The Travelers Home and Marine Insurance Company (collectively "Defendants

hereby agree and stipulate for the dismissal with prejudice of all claims against each other in this

matter with prejudice, with each party to pay their own attorneys' fees and costs.

Respectfully submitted this 16th day of June, 2020

HALL & EVANS, LLC

*s/ J. Ryan Johnson*
J. Ryan Johnson
Paul T. Yarbrough
Leviy P. Johnson
1001 17th Street, Suite 300
Denver, CO  80202
Phone:  (303) 628-3300
Fax:  (303) 628-3368
johnsonr@hallevans.com
yarbroughp@hallevans.com
johnsonl@hallevans.com
*Counsel for Defendants*

THE DAN CAPLIS LAW FIRM, LLC

*s/ Ethan A. McQuinn*
Daniel J. Caplis
Babar Waheed
Ethan A. McQuinn
Travis S. Young
Plaza Tower One Penthouse
6400 S. Fiddlers Green Circle,
Suite 2200
Greenwood Village, CO 80111
Telephone: 303-770-5551
Fax: 303-770-5552
dan@caplislaw.com
bw@caplislaw.com
ethan@caplislaw.com
travis@caplislaw.com
*Counsel for Plaintiff*

RAY LEGO & ASSOCIATES

*s/ Michael C. Wathen*
Michael C. Wathen
10825 East Geddes Avenue, Suite 100
Centennial, CO 80012
mwathen@travelers.com
Counsel for The Travelers Home and Marine
Insurance Company

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 16th day of June, 2020 a true and correct copy of the foregoing **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** was filed with the Court and served on the below-listed parties via CM/ECF:

Daniel J. Caplis
Babar Waheed
Ethan A. McQuinn
Travis S. Young
The Dan Caplis Law Firm, LLC
Plaza Tower One Penthouse
6400 S. Fiddlers Green Circle,
Suite 2200
Greenwood Village, CO 80111
Telephone: 303-770-5551
Fax: 303-770-5552
dan@caplislaw.com
bw@caplislaw.com
ethan@caplislaw.com
travis@caplislaw.com
*Counsel for Plaintiff*

Michael C. Wathen
Ray Lego & Associates
10825 East Geddes Avenue, Suite 100
Centennial, CO 80012
mwathen@travelers.com
*Counsel for The Travelers Home and Marine Insurance Company*

<u>*s/Renee Godfrey, Legal Secretary to*</u>
Paul T. Yarbrough
J. Ryan Johnson
Leviy P. Johnson
1001 17th Street, Suite 300
Denver, CO  80202
Phone:  (303) 628-3300
Fax:  (303) 628-3368
yarbroughp@hallevans.com
johnsonr@hallevans.com
johnsonl@hallevans.com
*Counsel for Defendants*